UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHANNON GRIFFITH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:09CV1092 JCH |
| | ) |
| STEVE LARKINS, | ) |
| | ) |
| Respondent. | ) |

# ORDER

This matter is before the Court on Petitioner's Second Emergency Verified Motion For Six-Month Extension of Time to File Traverse as a Result of Respondent's Agents' Destruction of Legal Materials in This Case and Further Obstruction's [sic] of Access to the Courts in Retaliation for Attempting to Report their Misconduct, filed on January 22, 2010. (Doc. No. 16). In his motion, Petitioner moves for, among other things, a six (6) month extension of time to file his response to the Respondent's Response to Order to Show Cause. (Doc. No. 6).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Second Emergency Verified Motion For Six-Month Extension of Time to File Traverse as a Result of Respondent's Agents' Destruction of Legal Materials in This Case and Further Obstruction's [sic] of Access to the Courts in Retaliation for Attempting to Report their Misconduct (Doc. No. 16) is **GRANTED**, in part, and **DENIED**, in part. Petitioner shall have additional thirty (30) days from the date of this Order to file his response to the Respondent's Response to Order to Show Cause. All other relief requested in Petitioner's Motion is **DENIED**.

Dated this 19th day of February, 2010.

                                                    /s/ Jean C. Hamilton
                                                   UNITED STATES DISTRICT JUDGE